Shelley Mack (SBN 209596), mack@fr.com
Fish & Richardson P.C.
500 Arguello Street, Suite 500
Redwood City, CA  94063
Telephone:  (650) 839-5070
Facsimile:  (650) 839-5071

Michael J. McKeon (admitted *pro hac vice*), mckeon@fr.com
Christian A. Chu (SBN 218336), chu@fr.com
Fish & Richardson P.C.
1425 K Street, NW, Suite 1100
Washington, DC  20005
Telephone:  (202) 783-5070
Facsimile:  (202) 783-2331

Attorneys for Defendants
LG ELECTRONICS, INC. and
LG ELECTRONICS U.S.A., INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED LLC, PHOENIX DIGITAL SOLUTIONS LLC, and PATRIOT SCIENTIFIC CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>LG ELECTRONICS, INC. AND LG ELECTRONICS U.S.A., INC.,<br><br>Defendants. | Case No. 3:12-cv-03880-SI<br><br>**ADMINISTRATIVE MOTION FOR RELIEF FROM THE NOTICE AND ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE** |

1  Pursuant to Civil Local Rules 16-2(d) and 6-1(b), Defendants LG Electronics, Inc. and LG
2  Electronics U.S.A., Inc. (collectively, "LG") hereby jointly move for relief from the Court's
3  September 15, 2014 Notice of Initial Case Management Conference and Case Management
4  Conference Order (D.I. 22) (the "Order"). In that Order, the Court set a case management
5  conference in this action for October 10, 2014 at 2:30 p.m.
6  Defendants make this motion on the grounds that they have filed a Motion to Stay this
7  action in its entirety pending the conclusion of the Federal Circuit appeal in *HTC Corp. et. al. v.*
8  *Technology Properties Ltd., et. al.*, Case Nos. 14-1076, -1317 (Fed. Cir.). (D.I. 26.) Defendants
9  respectfully submit that their Motion for Stay should be heard and decided before the next case
10 management conference occurs and a case schedule is set. Defendants hereby request that the
11 Court continue the case management conference currently set for October 10, 2014 until a date
12 after Defendants' Motion to Stay (D.I. 26) has been fully briefed and decided.
13 The parties have met and conferred pursuant to Civil Local Rule 16-2(d)(2), and Plaintiffs
14 Technology Properties Ltd. LLC, Phoenix Digital Solutions LLC and Patriot Scientific Corporation
15 (collectively, "Plaintiffs") do not oppose this motion. The extension requested herein, if granted,
16 will not have any adverse impact on other dates or deadlines, as no case schedule has been set yet
17 in this action.
18 There being good cause, Defendants respectfully request that the Court continue the case
19 management conference currently set for October 10, 2014 until a date after their Motion to Stay
20 (D.I. 26) has been fully briefed and decided.

1

ADMINISTRATIVE MOTION FOR RELIEF FROM THE NOTICE
AND ORDER SETTING INITIAL CASE MANAGEMENT
CONFERENCE AND FOR CONTINUANCE OF CASE
MANAGEMENT CONFERENCE
Case No. 3:12-cv-03880-SI

| | | |
|---|---|---|
| 1 | Dated: October 2, 2014 | FISH & RICHARDSON P.C. |
| 2 | | |
| 3 | | By: /s/ *Shelley K. Mack* |
| 4 | | Shelley K. Mack (SBN 209596)<br>mack@fr.com |
| 5 | | |
| 6 | | Attorneys for Defendants LG ELECTRONICS, INC. and LG ELECTRONICS U.S.A., INC. |

2

ADMINISTRATIVE MOTION FOR RELIEF FROM THE NOTICE
AND ORDER SETTING INITIAL CASE MANAGEMENT
CONFERENCE AND FOR CONTINUANCE OF CASE
MANAGEMENT CONFERENCE
Case No. 3:12-cv-03880-SI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED LLC, PHOENIX DIGITAL SOLUTIONS LLC, and PATRIOT SCIENTIFIC CORPORATION,<br><br>    Plaintiffs,<br><br>v.<br><br>LG ELECTRONICS, INC. and LG ELECTRONICS U.S.A., INC.,<br><br>    Defendants. | Case No. 3:12-cv-03880-SI<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION FOR RELIEF FROM THE NOTICE AND ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE** |

    Before the Court is Defendants' Administrative Motion for Relief from the Notice and Order Setting Initial Case Management Conference and for Continuance of Case Management Conference. For good cause shown, the Court **GRANTS** Defendants' motion. The case management conference currently on calendar for October 10, 2014 at 2:30 p.m. is hereby postponed, to be continued to a date after Defendants' pending Motion to Stay (D.I. 26) has been fully briefed and decided.

The case management conference is continued to Dec. 12, 2014, at 2:30 p.m.

**IT IS SO ORDERED.**

DATED: 10/6/14

_____
The Honorable Susan Illston
United States Magistrate Judge