JAMES C. OTTESON, State Bar No. 157781
jim@agilityiplaw.com
THOMAS T. CARMACK, State Bar No. 229324
tom@agilityiplaw.com
AGILITY IP LAW, LLP
149 Commonwealth Drive
Menlo Park, CA 94025
Telephone: (650) 227-4800
Facsimile: (650) 318-3483

Attorneys for Plaintiffs
TECHNOLOGY PROPERTIES LIMITED LLC
and PHOENIX DIGITAL SOLUTIONS LLC

CHARLES T. HOGE, State Bar No. 110696
choge@knlh.com
KIRBY NOONAN LANCE & HOGE LLP
350 Tenth Avenue, Suite 1300
San Diego, CA 92101
Telephone: (619) 231-8666

Attorneys for Plaintiff
PATRIOT SCIENTIFIC CORPORATION

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED LLC, PHOENIX DIGITAL SOLUTIONS LLC, and PATRIOT SCIENTIFIC CORPORATION,<br><br>              Plaintiffs,<br><br>      v.<br><br>LG ELECTRONICS, INC. and LG ELECTRONICS U.S.A., INC.,<br><br>              Defendants. | Case No. 3:12-cv-03880-VC<br><br>**PLAINTIFFS' ANSWER TO COUNTERCLAIMS**<br><br>**JURY TRIAL DEMANDED** |

Plaintiffs Technology Properties Limited LLC, Phoenix Digital Solutions LLC, and Patriot Scientific Corporation (collectively "Plaintiffs") answer Defendants LG Electronics, Inc. and LG Electronics U.S.A., Inc.'s ("Counter-Claimant(s)" or "LG") Counterclaims by admitting, denying, and alleging as follows:

## PARTIES

1. Responding to paragraph 1 of the Counterclaims, Plaintiffs admit upon information and belief that Counter-Claimant LG Electronics, Inc. is a corporation organized and existing under the laws of the Republic of Korea, with its principal place of business at Twin Tower 128, Yeoui-daero, Yeongdeungpo-gu, Seoul, Republic of Korea.

2. Responding to paragraph 2 of the Counterclaims, Plaintiffs admit upon information and belief that Counter-Claimant LG Electronics, U.S.A., Inc. is a corporation organized and existing under the laws of the State of Delaware, with its principal place of business at 1000 Sylvan Avenue, Englewood Cliffs, New Jersey, 08632

3. Responding to paragraph 3 of the Counterclaims, admitted.

4. Responding to paragraph 4 of the Counterclaims, admitted.

5. Responding to paragraph 5 of the Counterclaims, admitted.

## NATURE OF THE ACTION

6. Responding to paragraph 6 of the Counterclaims, Plaintiffs admit that LG's Counterclaims seek declarations of non-infringement, invalidity and/or unenforceability. Plaintiffs deny LG is entitled to such declarations.

7. Responding to paragraph 7 of the Counterclaims, admitted.

## JURISDICTION AND VENUE

8. Responding to paragraph 8 of the Counterclaims, Plaintiffs admit LG's Counterclaims seek declaratory judgment under 28 U.S.C. §§ 1331, 1338, 2201, and 2202 and 35 U.S.C. § 1. Plaintiffs deny LG is entitled to such declarations.

9. Responding to paragraph 9 of the Counterclaims, admitted.

10. Responding to paragraph 10 of the Counterclaims, admitted.

## FIRST COUNTERCLAIM

**(Declaratory Judgment of Non-Infringement of U.S. Patent No. 5,440,749)**

11. Responding to paragraph 11 of the Counterclaims, Plaintiffs reallege and incorporate by reference the responses in paragraphs 1 through 10 above.

12.     Responding to paragraph 12 of the Counterclaims, Plaintiffs admit that there is a controversy between the parties as to the infringement of the '749 patent.  The rest of the paragraph is denied.

13.     Responding to paragraph 13 of the Counterclaims, denied.

### SECOND COUNTERCLAIM

**(Declaratory Judgment of Non-Infringement of U.S. Patent No. 5,530,890)**

14.     Responding to paragraph 14 of the Counterclaims, Plaintiffs reallege and incorporate by reference the responses in paragraphs 1 through 13 above.

15.     Responding to paragraph 15 of the Counterclaims, Plaintiffs admit that there is a controversy between the parties as to the infringement of the '890 patent.  The rest of the paragraph is denied.

16.     Responding to paragraph 16 of the Counterclaims, denied.

### THIRD COUNTERCLAIM

**(Declaratory Judgment of Non-Infringement of U.S. Patent No. 5,809,336)**

17.     Responding to paragraph 17 of the Counterclaims, Plaintiffs reallege and incorporate by reference the responses in paragraphs 1 through 16 above.

18.     Responding to paragraph 18 of the Counterclaims, Plaintiffs admit that there is a controversy between the parties as to the infringement of the '336 patent.  The rest of the paragraph is denied.

19.     Responding to paragraph 19 of the Counterclaims, denied.

20.     Responding to paragraph 20 of the Counterclaims, denied.

### FOURTH COUNTERCLAIM

**(Declaratory Judgment of Invalidity of U.S. Patent No. 5,440,749)**

21.     Responding to paragraph 21 of the Counterclaims, Plaintiffs reallege and incorporate by reference the responses in paragraphs 1 through 20 above.

22.     Responding to paragraph 22 of the Counterclaims, Plaintiffs admit that there is a controversy between the parties as to the validity of the '749 patent.  The rest of the paragraph is

denied.

23. Responding to paragraph 23 of the Counterclaims, denied.

### FIFTH COUNTERCLAIM

**(Declaratory Judgment of Invalidity of U.S. Patent No. 5,530,890)**

24. Responding to paragraph 24 of the Counterclaims, Plaintiffs reallege and incorporate by reference the responses in paragraphs 1 through 23 above.

25. Responding to paragraph 25 of the Counterclaims, Plaintiffs admit that there is a controversy between the parties as to the validity of the '890 patent. The rest of the paragraph is denied.

26. Responding to paragraph 26 of the Counterclaims, denied.

### SIXTH COUNTERCLAIM

**(Declaratory of Invalidity of U.S. Patent No. 5,809,336)**

27. Responding to paragraph 27 of the Counterclaims, Plaintiffs reallege and incorporate by reference the responses in paragraphs 1 through 26 above.

28. Responding to paragraph 28 of the Counterclaims, Plaintiffs admit that there is a controversy between the parties as to the validity of the '336 patent. The rest of the paragraph is denied.

29. Responding to paragraph 29 of the Counterclaims, denied.

### EXCEPTIONAL CASE

30. Responding to paragraph 30 of the Counterclaims, Plaintiffs reallege and incorporate by reference the responses in paragraphs 1 through 29 above.

31. Responding to paragraph 31 of the Counterclaims, denied.

### RESPONSE TO PRAYER FOR RELIEF

Plaintiffs deny that LG is entitled to any requested relief.

| | |
|---|---|
| Dated: January 12, 2015 | Respectfully submitted |
| | AGILITY IP LAW, LLP |
| | |
| |   /s/ James C. Otteson<br>James C. Otteson<br>149 Commonwealth Drive<br>Menlo Park, CA 94025<br>Telephone: (650) 227-4800 |
| | Attorneys for Plaintiffs<br>TECHNOLOGY PROPERTIES LIMITED<br>LLC and PHOENIX DIGITAL SOLUTIONS<br>LLC |
| | KIRBY NOONAN LANCE & HOGE LLP |
| |   /s/ Charles T. Hoge<br>Charles T. Hoge<br>350 Tenth Avenue, Suite 1300<br>San Diego, CA 92101<br>Telephone: (619) 231-8666 |
| | Attorneys for Plaintiff<br>PATRIOT SCIENTIFIC CORPORATION |

*****************************************************************************

**FILER'S ATTESTATION PURSUANT TO L.R. 5-1(i)(3)**

I, James C. Otteson, am the ECF User whose ID and password are being used to file the "PLAINTIFFS' ANSWER TO COUNTERCLAIMS." I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: January 12, 2015                                      By: _____*/s/ James C. Otteson*_____
                                                                                            James C. Otteson