1

2

3

4

5

6

7

8

9

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

10

11

12

13

14

15

16

17

18

19

TECHNOLOGY PROPERTIES LIMITED LLC, PHOENIX DIGITAL SOLUTIONS LLC, and PATRIOT SCIENTIFIC CORPORATION,

Plaintiffs,

v.

LG ELECTRONICS, INC. and LG ELECTRONICS U.S.A., INC.,

Defendants.

Case No. 3:12-CV-03880-VC (PSG)

JURY TRIAL DEMANDED

**[PROPOSED] ORDER ON PDS'S MOTION FOR AN ORDER SHORTENING TIME FOR THE COURT TO HEAR PDS'S MOTION TO COMPEL DISCOVERY PURSUANT TO CIVIL LOCAL RULE 6-3**

**Hearing:**
Date:  August 11, 2015
Time: 10:00 a.m.
Place: Courtroom 5, 4th Floor
Judge: Hon. Paul S. Grewal

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER ON PDS'S MOTION FOR AN ORDER
SHORTENING TIME FOR THE COURT TO HEAR PDS'S MOTION
TO COMPEL DISCOVERY PURSUANT TO CIVIL L.R. 6-3

CASE NO. 3:12-CV-03880-VC
PAGE 1

1    Before the Court is PDS's Motion for an Order Shortening time for the Court to Hear

2  PDS's Motion to Compel Discovery Pursuant to Civil Local Rule 6-3.  Having considered PDS's

3  Motion, the Court finds that it is well taken and should be GRANTED.

4    As such, IT IS HEREBY ORDERED that the deadline for filing opposition to PDS's

5  Motion to Compel Discovery from LG and LG's Motion to Strike is June 29, 2015 at noon and the

6  hearing for both PDS's Motion to Compel Discovery from LG and LG's Motion to Strike is set

7  for June 30, 2015, at 10:00 a.m. in Courtroom 5, 4th Floor, United States District Court for the

8  Northern District of California, 280 South 1st Street, San Jose, CA 95113, before the Honorable

9  Paul S. Grewal.  No reply shall be filed.

10  SO ORDERED.

11

12  Dated: June 22, 2015                                        _Parl S. Aewl_

13                                                                            Hon. Paul S. Grewal
                                                                               United States Magistrate Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28