Shelley Mack (SBN 234701), mack@fr.com
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA  94063
Telephone:  (650) 839-5070
Facsimile:  (650) 839-5071

Michael J. McKeon (*Pro Hac Vice*), mckeon@fr.com
Christian A. Chu (SBN 218336), chu@fr.com
Richard A. Sterba (*Pro Hac Vice*), sterba@fr.com
FISH & RICHARDSON P.C.
1425 K Street, NW, Suite 1100
Washington, DC  20005
Telephone:  (202) 783-5070
Facsimile:  (202) 783-2331

Wasif Qureshi (*Pro Hac Vice* to be filed), qureshi@fr.com
FISH & RICHARDSON P.C.
1221 McKinney Street, Suite 2800
Houston, TX 77010
Telephone: (713) 654-5300
Facsimile:  (713) 652-0109

Olga I. May (SBN 232012), omay@fr.com
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone: (858) 678-4745
Facsimile:  (858) 678-5099

Attorneys for Defendants
LG ELECTRONICS, INC. and LG ELECTRONICS U.S.A., INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED LLC, PHOENIX DIGITAL SOLUTIONS LLC, and PATRIOT SCIENTIFIC CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>LG ELECTRONICS, INC. AND LG ELECTRONICS U.S.A., INC.,<br><br>Defendants. | Case No. 3:12-cv-03880-VC<br><br>**[~~PROPOSED~~] ORDER REGARDING DEFENDANTS LG ELECTRONICS, INC. AND LG ELECTRONICS U.S.A., INC.'S MOTION TO SEAL PORTIONS OF MOTION TO STRIKE INFRINGEMENT CONTENTIONS AND EXHIBITS G-1 THROUGH G-3**<br><br>DATE:     August 11, 2015<br>TIME:      10:00 AM<br>PLACE:   Courtroom 5<br>JUDGE:   Hon. Paul S. Grewal |

1    Having carefully considered LG Electronics, Inc. and LG Electronics U.S.A., Inc. ("LG")'s
2  Motion to Seal Portions of Motion to Strike Infringement Contentions and Exhibits G-1 through
3  G-3, this Court **DENIES** the Motion.
4    IT IS ORDERED THAT the redacted portions of the Motion to Strike at pp. i, 2, 5, 6, 8,
5  10, 11, 12, 13, 14 and Exhibits G-1 through G-3 **shall not** be filed under seal.
6    IT IS SO ORDERED.

7
8  DATED:  June 26  , 2015     [signature]
                                HONORABLE PAUL S. GREWAL
9                               UNITED STATES MAGISTRATE JUDGE